### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                           NO. 1:13CR10024-1

ANTOINE C. COOK                                                       DEFENDANT
aka "TWAN"

## SENTENCING MEMORANDUM

Comes now Defendant, Antoine C. Cook, by and through his attorney, Rickey Hicks, and for his Sentencing Memorandum, states as follows:

In reviewing the Presentence Investigation Report, it is apparent that the Defendant has had a long history with criminal activity.  The Defendant's criminal activity actually started as a teenager and started to be recorded and to actually follow him at age 18.  The Defendant would like for the Court to take note that the vast majority of the Defendant's crimes were due to his drug addiction.  The Defendant has had a long history with abuse of alcohol, marijuana and, along the way of his life, other illegal substances.  The Defendant started experimenting with alcohol when he was in his teenage years and has continued to struggle with substance abuse his entire life.

The Defendant has not had a violent criminal history but a criminal history laden with drug addiction and drug sales.  It appears by the Defendant's actions in a very substantive nature that he has come to grips with his criminal past and seems to have a strong determination to put his criminal past behind him and live his life as a law-abiding citizen.  I think this is mostly beared out with the Defendant's communications with the U.S. Attorney's Office.

The Defendant would further assert that though his was involved in drug sales, he was not a leader or upper-level decision maker in the drug culture.

Defendant would also like to note that in his agreement with the U.S. Attorney's Office there was a gun found in the house when the search was made but there were a number of other adults that lived in the same house and the Defendant states unequivocally to this Court that the firearm did not belong to him.

These issues the Defendant would like for the Court to take into consideration as the Court contemplates the sentencing for the Defendant.

## Conclusion

Because of these reasons, the Defendant would strongly request that the Court would depart downward from the guidelines when sentencing him in this matter.

Respectfully submitted,

/s/RICKEY H. HICKS #89235
Attorney at Law
415 Main Street
Little Rock, Arkansas 72201
501-374-2574–Office
501-920-7298–Cell
501-372-3164–Facsimile
E-mail: hickslawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, a true and correct copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system. A copy of the pleading will be served conventionally on the following:

Matthew Quinn
Assistant U.S. Attorney
414 Parker Ave.
Fort Smith, AR 72901

/s/Rickey H. Hicks